IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JESSE CLAY TROWELL, JR.,[1] | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 107-136 |
| | ) | |
| THE STATE OF SOUTH CAROLINA | ) | |
| AIKEN COUNTY COURT OF GENERAL | ) | |
| SESSION, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

The above-captioned petition for a writ of habeas corpus was filed in the Augusta Division of the United States District Court for the Southern District of Georgia. However, the petition, filed pursuant to 28 U.S.C. § 2254, challenges a judgment of conviction that was entered in the Aiken County Court of General Sessions in Aiken County, South Carolina. It is the practice of this Court to transfer an action attacking a conviction to the district in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d); see also Bell v. Watkins, 692 F.2d 999, 1013 (5th Cir. 1982) (approving transfer of § 2254 petition from district of incarceration to district where petitioner was convicted). Therefore, this case properly belongs in the Aiken Division of the United States District Court for the District of South Carolina. Therefore, it is **ORDERED** that the captioned action is **TRANSFERRED**

---

[1] The **CLERK** is **DIRECTED** to change Petitioner's name on the docket to read, "Jesse Clay Trowell, Jr."

AO 72A
(Rev. 8/82)

to the United States District Court for the District of South Carolina. The Clerk of Court is **DIRECTED** to immediately forward the file to that District.

SO ORDERED this ___ day of November, 2007 at Augusta, Georgia.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)